1 | MELINDA HAAG
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERIKA MELENDEZ FLORES,           )
EMERSON SALGADO MELENDEZ,        )   No. C 11-4310 EDL
ANTHONY SALGADO MELENDEZ,        )
                                 )
         Plaintiffs,             )   **STIPULATION TO DISMISS; AND**
                                 )   ~~[PROPOSED]~~ **ORDER**
    v.                           )
                                 )
MARILYN P. WILES, Director, USCIS)
Nebraska Service Center, et al., )
                                 )
         Defendants.             )
_____)

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate to dismissal of the above captioned action pursuant to Fed. R. Civ. P. 41(a).

///

///

Stipulation to Dismiss
C11-4310 EDL

1    Each of the parties shall bear their own costs and fees.

2

3    Date: November 3, 2011                    Respectfully submitted,

4                                              MELINDA HAAG
                                               United States Attorney
5

6                                              _____/s/_____
                                               ILA C. DEISS[1]
7                                              Assistant United States Attorney
                                               Attorneys for Defendants
8

9
                                               _____/s/_____
10   Date: November 3, 2011                    ROBERT B. JOBE
                                               Attorney for Plaintiff
11

12                              **ORDER**

13       Pursuant to stipulation, IT IS SO ORDERED.

14
     Date:  November 3, 2011
15                                             _____
                                               ELIZABETH D. LAPORTE
16                                             United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C11-4310 EDL                                   2